**DENIED**

THE MOTION TO STRIKE IS DENIED. WELLS FARGO HAS CERTIFIED RE-SERVICE OF ITS MOTION FOR RELIEF FROM STAY (SEE DKT [20]) ON THE DEBTOR. THE NEW COPY DOES NOT MINIMIZE THE FONT IN ORDER TO SAVE SPACE. THE DEBTOR WAS RE-SERVED ON JUNE 20, 2017 AND THE HEARING IS SCHEDULED FOR JULY 20, 2017. THIS CONSTITUTES SUFFICIENT NOTICE.



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17–16727 – NVA**   Chapter: **13**

**Renee Louise McCray**
Debtor

## ORDER GRANTING
## MOTION TO STRIKE MOVANT'S MOTION FOR IN REM RELIEF BECAUSE NOTICE WAS NOT GIVEN

Upon consideration of the motion to strike movant's motion for in rem relief because notice was not given filed by Debtor Renee Louise McCray, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion to strike movant's motion for in rem relief because notice was not given is hereby granted.

cc:   Debtor
    Attorney for Debtor – PRO SE
    All Parties
    All Counsel
    Case Trustee – Nancy Spencer Grigsby

### End of Order

44x01 (rev. 06/19/1998) – lreid