Entered: June 27th, 2017
Signed: June 27th, 2017

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17−16727 − NVA**   Chapter: **13**   Doc No.: **17**

**Renee Louise McCray**
Debtor

**Wells Fargo Bank, N.A.**
Movant(s)

vs.

**Renee Louise McCray**

**Nancy Spencer Grigsby, Trustee**
Respondent(s)

## ORDER DENYING MOTION AS MOOT
## CASE DISMISSED

Debtor's bankruptcy case was dismissed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel −
      Case Trustee − Nancy Spencer Grigsby

### End of Order

37x03 (rev. 12/03/1997) − lreid